**DUNLAP BENNETT & LUDWIG, PLLC**
Rolando A. Diaz
DUNLAP BENNETT & LUDWIG PLLC
1000 N. West St. #1203
Wilmington, Delaware 19801
(302) 261-8660

David Ludwig (admitted *pro hac vice*)
DUNLAP BENNETT & LUDWIG PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
(202) 316-8558

Geoffrey M. Dureska (admitted *pro hac vice*)
DUNLAP BENNETT & LUDWIG PLLC
1870 The Exchange, SE, Suite 200
Atlanta, GA 30339
(404) 596-5283

*Attorneys for Defendant FH Group International, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAY TO DAY IMPORTS, INC.,**<br><br>    *Plaintiff*<br><br>v.<br><br>**FH GROUP INTERNATIONAL, New Jersey Corporation; and DOES 1 – 10,**<br><br>    *Defendants* | Civil Action No. 2:18-cv-14105 (JMV-MF)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>*Filed Electronically* |

    Request is hereby made by local counsel for *pro hac vice* counsel, Geoffrey M. Dureska, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Geoffrey M. Dureska to appear *pro hac vice* in the within matter was entered on October 24, 2018 (Dkt. 14); and

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 30, 2018

By: s/ Rolando A. Diaz
Rolando A. Diaz
DUNLAP BENNETT & LUDWIG PLLC
1000 N. West St. #1203
Wilmington, Delaware 19801
Tel.: (302) 261-8660

**PRO HAC VICE ATTORNEY INFORMATION**
Geoffrey M. Dureska
Dunlap Bennett & Ludwig PLLC
1870 The Exchange, SE, Suite 200
Atlanta, GA 30339
Tel.: (404) 596-5283
E-mail: gdureska@dbllawyers.com